IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEVEN JAMES CASH                                                 PLAINTIFF

v.                      Civil No. 13-6077

CAPTAIN BRANSTETTER;
SERGEANT MILLER; DEPUTY
ELROD; and DEPUTY R. GARRETT                        DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. The case was originally filed in the Eastern District of Arkansas and then transferred to this district. At the time the case was filed, Plaintiff was incarcerated at the Garland County Detention Center.

With his complaint, Plaintiff submitted an *in forma pauperis* (IFP) application. However, he failed to have the certification regarding inmate funds held in his name completed. For this reason, an order was entered (Doc. 9) giving Plaintiff until October 25, 2013, to either have the certificate portion of the IFP application completed by the appropriate detention center official and return the application to this Court for review and filing or pay the $350 filing fee.

The Court order was returned as undeliverable with a notation that he was no longer at the Garland County Detention Center. No other address is available to the Court and Plaintiff has not contacted the Court in anyway.

I therefore recommend that this case be dismissed for failure to prosecute and failure to keep the Court informed of his current address. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff**

**is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 6th day of November 2013.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE