```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

STEVEN JAMES CASH                                         PLAINTIFF

    V.                    Civil No. 13-6077

CAPTAIN BRANSTETTER;
SERGEANT MILLER; DEPUTY
ELROD; and DEPUTY R. GARRETT                             DEFENDANTS

O R D E R

On this 6th day of January 2014, there comes on for consideration the report and recommendation filed in this case on November 6, 2013, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 10). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                  /s/ Robert T. Dawson
                                  Honorable Robert T. Dawson
                                  United States District Judge